# United States District Court
## Eastern District of Michigan

Plaintiff,

CRIMINAL NO: 16-20831

vs. Timothy Barth

HONORABLE Victoria A. Roberts

Defendant.

_____/

## AGREEMENT TO ASSUME CUSTODY OF THE DEFENDANT

I agree to assume custody of the defendant and to supervise him or her in accordance with this Court's bond order.

I also agree to use every effort to assure the appearance of the defendant at all scheduled hearings in Court.

I also agree to notify the Pretrial services Agency (Telephone Number: (313) 234-5300) immediately if the defendant violates any condition of his or her release, or if the defendant decides to flee, or if the defendant disappears.

I also agree to permit the defendant to reside in my home at the address stated below until the case is over.

I understand I cannot be forced to assume these obligations. I have assumed these obligations voluntarily. I agree to notify the Pretrial Services Agency if at any time for any reason I am no longer able to comply with this agreement. I understand and agree that it is in the defendant's best interest to appear in Court as required and to comply with the conditions of his or her bond.

I have received a copy of this agreement, and a copy of this Court's bond order.

_____
Signature of Third-Party Custodian

3265 N. Wagner Rd
Address

A2, MI, 48103
City, State and Zip Code

734 994-1190
Area Code/Telephone Number

Date: Jan. 6, 2017