UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 16-20831

v.                                          Hon. Victoria A. Roberts

TIMOTHY BARTH,

        Defendant
_____/

| | |
|---|---|
| Sara D. Woodward (P73784)<br>Deputy Chief, General Crimes Unit<br>United States Attrorneys Office<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>313.226.9180<br>sara.woodward@usdoq.gov | David S. Steingold (P29752)<br>Law Offices of David S. Steingold, PLLC<br>400 Monroe Street, Suite 280<br>Detroit, Michigan 48226<br>313.962.0000<br>detroitdefender@yahoo.com |

## DEFENDANT'S MOTION
## TO TRAVEL OUT-OF-STATE

COMES NOW, Defendant Timothy Barth, by and through his attorney of record, David S. Steingold, and for his motion for permission to travel out-of-state, states to this Court as follows:

    1.    Defendant is currently on bond with this Court facing charges of receipt of child pornography in violation of 18 U.S.C. § 2252(A)(a)(2). He is currently on a tether with home confinement. He is released solely for court-ordered meetings, and for treatment with his doctors.

    2.    Timothy Barth's mother, Helen McAlerney Barth, date of birth November 3, 1918, is currently at Goshen Hospital in Goshen, Indiana, having been taken there on

an emergency basis this past week. It is likely that she will pass within the next day or two.

3. Defendant Barth is requesting permission to travel to Goshen, Indiana, to either visit with his mother before she passes, or to attend her funeral if that should happen before this Court considers this Motion.

4. Defendant is willing to comply with any conditions necessary to effectuate the visit, including checking in with Pre-Trial Services at the nearest Federal District Court to Goshen, Indiana.

5. The visit will last no longer than necessary, and will end after Defendant Barth's mother's funeral.

WHEREFORE, Defendant respectfully prays this Court grant his Motion to Travel Out of State.

Respectfully submitted,

/s/ David S. Steingold
LAW OFFICES OF DAVID S. STEINGOLD
BY: DAVID S. STEINGOLD (P 29752)
Counsel for Defendant
400 Monroe Street, Ste. 280
Detroit, MI 48226
(313) 962-0000 (phone)
(313) 962-0766 (fax)

Dated: February 22, 2017

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY BARTH,

        Defendant
_____/

Case No. 16-20831

Hon. Victoria A. Roberts

Sara D. Woodward (P73784)
Deputy Chief, General Crimes Unit
United States Attrorneys Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9180
sara.woodward@usdoj.gov

David S. Steingold (P29752)
Law Offices of David S. Steingold, PLLC
400 Monroe Street, Suite 280
Detroit, Michigan 48226
313.962.0000
detroitdefender@yahoo.com

---

## MEMORANDUM IN SUPPORT OF
## DEFENDANT'S MOTION TO TRAVEL OUT-OF-STATE

    Timothy Paul Barth's mother, Helen McAlerny Barth, is 98 years old. She was admitted to the hospital this past week and is expected to pass sometime early this week. Defendant Barth would like permission to visit her at the hospital if that can be done before she passes, and, in either case, to stay for her funeral.

    Defendant Barth is on bond to this Court and is in full compliance.

    Defendant Barth would be happy to comply with any conditions necessary to allow his travel. He wants to try and visit his mother before she passes but, in any event, would like to stay for her funeral.

For all the reasons set forth herein, Defendant Timothy Paul Barth requests this Honorable Court grant him permission to travel out of state.

Respectfully submitted,

/s/ David S. Steingold
LAW OFFICES OF DAVID S. STEINGOLD
BY: DAVID S. STEINGOLD (P 29752)
Counsel for Defendant
400 Monroe Street, Ste. 280
Detroit, MI 48226
(313) 962-0000 (phone)
(313) 962-0766 (fax)

Dated: February 22, 2017

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY BARTH,

        Defendant
_____/

Case No. 16-20831

Hon. Victoria A. Roberts

Sara D. Woodward (P73784)
Deputy Chief, General Crimes Unit
United States Attorneys Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
313.226.9180
sara.woodward@usdoj.gov

David S. Steingold (P29752)
Law Offices of David S. Steingold, PLLC
400 Monroe Street, Suite 280
Detroit, Michigan 48226
313.962.0000
detroitdefender@yahoo.com

## CERTIFICATE OF SERVICE

    David S. Steingold (P29752) hereby certifies that on February 22, 2017, I electronically filed the above-annexed pleading with the United States District Court for the Eastern District of Michigan using the ECF/CM electronic filing system which will automatically send electronic notification of this filing to all attorneys of record for all parties.

        Respectfully submitted,

        **/s/ David S. Steingold**
        LAW OFFICES OF DAVID STEINGOLD, PLLC
        BY: DAVID STEINGOLD (P29752)
        Attorney for Defendant
        400 Monroe Street, Ste. 280
        Detroit, MI 48226
        (313) 962-0000 (phone)