**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                           **Plaintiff,**                **Case No. 16-20831**

**v.**                                      **Hon. Victoria A. Roberts**

**TIMOTHY BARTH,**

                           **Defendant**

_____/

| | |
|---|---|
| Sara D. Woodward (P73784) | David S. Steingold (P29752) |
| Deputy Chief, General Crimes Unit | Law Offices of David S. Steingold, PLLC |
| United States Attorney's Office | 400 Monroe Street, Suite 280 |
| 211 W. Fort Street, Suite 2001 | Detroit, Michigan  48226 |
| Detroit, Michigan  48226 | 313.962.0000 |
| 313.226.9180 | detroitdefender@yahoo.com |
| sara.woodward@usdoj.gov | |

**STIPULATION TO EXTEND TIME FOR PRE-SENTENCE INTERVIEW**

NOW COME the parties hereto and stipulate to an Order allowing the Pre-Sentence interview by probation to occur on Monday, April 17, 2017, at 1:30 p.m.

**IT IS SO STIPULATED.**

 _/s/ Sara D. Woodward (w/consent)__       ____/s/ David S. Steingold_____
Sara D. Woodward (P73784)              David S. Steingold (P29752)

Dated:  April 13, 2017

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

          **Plaintiff,**              **Case No. 16-20831**

**v.**                               **Hon. Victoria A. Roberts**

**TIMOTHY BARTH,**

          **Defendant**

_____/

| | |
|---|---|
| Sara D. Woodward (P73784) | David S. Steingold (P29752) |
| Deputy Chief, General Crimes Unit | Law Offices of David S. Steingold, PLLC |
| United States Attorney's Office | 400 Monroe Street, Suite 280 |
| 211 W. Fort Street, Suite 2001 | Detroit, Michigan  48226 |
| Detroit, Michigan  48226 | 313.962.0000 |
| 313.226.9180 | detroitdefender@yahoo.com |
| sara.woodward@usdoj.gov | |

---

### ORDER TO EXTEND TIME FOR PRE-SENTENCE INTERVIEW

A Stipulation to Extend time for Pre-Sentence Interview having been entered into by the parties, this Court being fully advised on the premises,

IT IS  ORDERED that the Pre-Sentence Interview in the above-entitled matter will take place on Monday, April 17, 2017, at 1:30 p.m.


Dated:  April 13, 2017                  S/Victoria A. Roberts
                                       Hon. Victoria A. Roberts
                                       United States District Judge