UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                 Case No. 16-20831

v.                                      HON. VICTORIA ROBERTS

TIMOTHY PAUL BARTH,

       Defendant.

_____/

## MOTION TO SUBMIT EXHIBITS TO GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL

On August 1, 2017, the government filed a sentencing memorandum. The United States now respectfully requests that Exhibits A, B, and C to its sentencing memorandum be received by the Court under seal. The government asks that these exhibits be received under seal because they contain information about disclosures of sexual assault. This information is sensitive and personal. The government believes that the information is important for the Court to consider when sentencing Defendant, but does not believe that the documents should be placed on the public docket due to the sensitive nature. The United States now respectfully requests that Exhibits A, B, and C be received by the Court under seal.

        Respectfully submitted,

        DANIEL LEMISCH
        Acting United States Attorney

        <u>s/Sara D. Woodward</u>
        SARA D. WOODWARD
        Deputy Chief, General Crimes Unit
        Assistant United States Attorney
        211 West Fort, Suite 2001
        Detroit, Michigan 48226
        (313) 226-9180

August 2, 2017

## CERTIFICATE OF SERVICE

I certify that on August 2, 2017, I electronically filed this motion for the United States with the Clerk of the United States District Court for the Eastern District of Michigan using the ECF system, which will send notification of such filing to counsel of record, David Steingold.

/s Sara D. Woodward
SARA D. WOODWARD
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9810
sara.woodward@usdoj.gov

August 2, 2017