UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY BARTH,

    Defendant.
_____/

Case No. 16-20831
Honorable Victoria A. Roberts

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [ECF No. 51]

Timothy Paul Barth filed this motion for compassionate release under 18 U.S.C. § 3582(c) on October 10, 2020. The government opposes the motion.

The Court held a hearing on the motion. Samantha Baker appeared on behalf of Mr. Barth; Sara Woodward appeared for the government.

For the reasons stated on the record, the Court **DENIES** Mr. Barth's motion for compassionate release.

**IT IS ORDERED**.

                                S/ Victoria A. Roberts
                                Victoria A. Roberts
                                United States District Judge

Dated:  December 21, 2020